**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-1443**

───────────

GERRY W. FOWLER, SR.,

    Plaintiff - Appellant,

    v.

INTERNAL REVENUE SERVICE; ZALES CORP.,

    Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:23-cv-00566-MSD-LRL)

───────────

Submitted:  September 19, 2024                    Decided:  September 23, 2024

───────────

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Gerry W. Fowler, Sr., Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald W. Fowler, Sr., appeals the district court's order dismissing Fowler's civil action without prejudice for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(h)(3). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Fowler v. IRS*, No. 2:23-cv-00566-MSD-LRL (E.D. Va. Apr. 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*